UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNDRA-CHRISTOPHER WATKINS,<br><br>Petitioner/Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent/Plaintiff. | Case No.  C05-5414JET<br>         CR96-5224JET<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion pursuant to 28 U.S.C. §2255.

Having considered the entirety of the record and files herein, the court finds and rules as follows:

This 2255 is one of numerous second or successive petitions filed by defendant under various case numbers. Defendant has previously filed motions raising almost the exact same jurisdictional

arguments.[1]

Defendant has not sought leave to file a second or successive 2255 motion with the Ninth Circuit. Accordingly, the Court finds and rules as follows:

1. This motion is referred to the United States Court of Appeals for the Ninth Circuit pursuant to Fed.R.App.P. 22 and Circuit Rule 22-3. The clerk of this court is instructed to administratively close this civil case and to terminate any pending motions in the criminal case, as well as any pending motions in C05-5414JET.

2. The defendant must obtain leave of the Ninth Circuit Court of Appeals before filing any subsequent motions attacking his criminal conviction and sentence imposed in CR96-5224JET.

3. The Clerk of the Court is instructed not to accept any further 2255 petitions from this defendant.

The clerk of the court is instructed to send uncertified copies of this Order to all counsel of record.

DATED this 10th day of August, 2005.

/s JACK E. TANNER
_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

---

[1] See C04-5525JET, 04-5734JET, C02-5514JET, C01-5143JET, C98-5137. Defendant also filed 2255 motions in CR96-5224.

2